# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TERRY LEE CLIFTON, on his own behalf, ) <br> and on behalf of others similarly ) <br> situated at the Hardeman County Correctional ) <br> Facility, and the Whiteville Correctional ) <br> Facility, past, present and future inmates, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GAYLE RAY, in her individual capacity, *et al.*, ) <br> ) <br> Defendants. ) | Civil No. 3:11-0260 <br> Judge Trauger <br> Magistrate Judge Griffin |

## O R D E R

On October 11, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 49), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Transfer Venue filed by the defendants (Docket No. 34) is **GRANTED**, and this case shall be **TRANSFERRED** to the Western District of Tennessee, Eastern Division.

It is so **ORDERED**.

ENTER this 7th day of December 2011.

_____
ALETA A. TRAUGER
U.S. District Judge